*Mr. Hugh R. Adair,* for Contemnor.

No. 6,970.—GLACIER COUNTY ET AL., PLAINTIFFS AND RESPONDENTS, *v.* LOUISE J. FORBES ET AL., APPELLANTS.

Decided May 5, 1932.

PER CURIAM.—On motion of counsel for respondents, the appeal sought to be taken herein is dismissed.

*Mr. S. J. Rigney,* for Respondents.